

FILED
JAMES BONINI
CLERK

JUN 23 PM 3: 02

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,      :

      Plaintiff,      :

                       Case No. 2:10-cr-045

vs.      :

                       Judge Algenon L. Marbley

LINDA L. CASE,      :

      Defendant      :

## SENTENCING MEMORANDUM

Defendant, Linda L. Case, by and through undersigned counsel, respectfully submits this sentencing memorandum in support of a sentence below or at the recommended sentence suggested by the Final Presentence Investigation Report. Such a sentence is sufficient, but not greater than necessary to comply with the purposes of 18 U.S.C. § 3553(a). Additionally, it is anticipated that the United States Attorney's Office will recommend a § 5K1.

For the reasons that follow, the defense requests a sentence below or equal to the recommended sentence that is proposed in the Final Presentence Investigation, as such a sentence complies with the Sentencing Guidelines.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

1

## I.     Background.

Linda Lou Case is a sixty-six (66) year old mother of three (3) children. Ms. Case's only son, Michael Blakeman, died in 1998, at the age of thirty-seven (37) due to an accidental overdose of alcohol, marijuana, and heroin. Ms. Case's daughter and son-in-law, Sheri Kent and Alberto Contreras, are currently living in and caring for Ms. Case's eighty-six year old mother, Nellie Mayes, while Ms. Case is in custody. Ms. Kent describes her mother as kind, honest, and a hard worker.

Ms. Case was born in Henderson, West Virginia, the second (2nd) of three (3) children born to Robert and Nellie Mayes. Her father, Robert, passed away from Leukemia at seventy-eight (78) years of age. Her eighty-six (86) year old mother, Nellie, currently resides with Ms. Case's daughter, Sheri Kent, while they await Ms. Case's release from jail. Nellie suffers from Alzheimer's Disease and is recovering from a hip fracture. Ms. Case says her mother requires around-the-clock care. Even through stressful times, Ms. Case has struggled to remain strong in order to care for her mother.

Ms. Case's brother, Dan, died in November 2002, at the age of sixty-two (62), as a result of Leukemia. It was her brother Dan's death bed wish that Ms. Case mend her relationship with their sister Becky Parrett. Ms. Case's only other sibling, her sixty-one (61) year old sister, Becky Parrett, was convicted on

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

2

various securities fraud and money laundering charges in March of 2008. After her conviction, Ms. Parrett fled and became a fugitive. Ms. Case and her younger sister have never had a close relationship. Ms. Case claims that Ms. Parrett was "mean" from a very young age. Every evening, their mother made Ms. Case and her brother forgive their sister (Ms. Parrett) for all of her wrongdoings.

Ms. Case was raised in West Virginia with hard-working and strict parents. Ms. Case left the family home when she was sixteen (16) years old in order to marry Clinton Blakeman and move to Ohio and later Colorado. The couple had a son, Michael Blakeman (now deceased), before separating in 1961. After the separation, Ms. Case returned to West Virginia with her son to live with her parents. In 1965, Ms. Case married Arthur Kent in Burlington, North Carolina. They had two daughters, Sheri Kent and Trisha Cardillo. The couple separated and were divorced in approximately 1972. Ms. Case then married Kenniston Case that same year. They divorced in 1980 as a result of Mr. Case's alcoholism and violent behavior.

Ms. Case received her G.E.D. and later, in 1987, at the age of forty-three (43), she graduated from The Ohio State University with a B.S. in Accounting. After graduation, Ms. Case worked as an accountant in Georgia for many years. When Ms. Case's brother died in 2002, and her sister's business was raided by

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

3

the FBI a few days later, Ms. Case's mother's health began declining drastically. In May of 2004, Ms. Case moved to Columbus, Ohio to be closer to her mother because of her mother's declining health.

In January of 2007, Ms. Case's grandson, Aaron Kurzweg, ran away from home in Georgia and moved in with Ms. Case. Aaron was having significant problems at his home and school in Georgia. However, with Ms. Case's guidance and love, her grandson made honor role every semester at Grove City High School and he graduated in May of 2008. In October of 2008, Ms. Case moved her mother into her home so that she could care for her around the clock.

Ms. Case maintains that she and her sister, Ms. Parrett, never had a close relationship. In fact, Ms. Case had no contact with her sister between 1998 (when Ms. Case's son died) and 2002 (when Becky and Ms. Case's brother died). According to Ms. Case, Becky was the only one in the family who had a lot of money and when she started making a lot of money, she acted like she was too good for the rest of the family. The same week that Ms. Case's brother died, Becky's business was raided by the FBI. The raid led to Becky's arrest (along with numerous other employees of the company) on multiple securities fraud and money laundering charges.

In March of 2008, Becky Parrett was ultimately convicted of Conspiracy, Securities Fraud (six counts), Wire Fraud, and Conspiracy to Commit Money

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

4

Laundering. Following the conviction, Ms. Parrett was allowed to remain on bond but was required to comply with an electronic monitoring program. However, Ms. Parrett failed to report to pretrial services for electronic monitoring and, instead, she fled and became a fugitive. She was sentenced in absentia to twenty-five (25) years in prison.

Ms. Case's mother was very upset over Ms. Parrett's conviction and then disappearance. Her mother had a few minor strokes following the conviction and her health declined. There were some media reports indicating that perhaps Ms. Parrett's disappearance was a result of foul play. Ms. Case originally began corresponding with her fugitive sister, Becky Parrett, in order to tell their mother that Ms. Parrett was alive and well. Ms. Case is close with her mother and maintains that getting involved with Becky Parrett was primarily because she was trying to take care of her mother and assure her mother that Ms. Parrett was still alive.

Although the correspondence between Ms. Parrett and Ms. Case mentions the possibility of eventually meeting up in Mexico, Ms. Case's plans to move to Mexico had nothing at all to do with Ms. Parrett. Ms. Case planned to move to Mexico with her daughter, Sherri Kent, and Sherri's Mexican-born husband, Alberto Contreras, years before Ms. Parrett was convicted and disappeared. Ms.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

5

Case and her daughter, Sherri, have a very close relationship. They have a long history of moving places together and living together.

Sherri Kent and Alberto Contreras had been saving their money for almost ten (10) years in order to move to Vera Cruz, Mexico, where Alberto was from. They wanted Ms. Case to spend her retirement with them in Mexico and enjoy living a "simple life." These plans are outlined in various emails that Ms. Case sent to her former husband, Clinton Blakeman, who lived in Mexico, as early as 2003 -- (*See* Attachment A) – which is much earlier than Ms. Parrett's subsequent conviction and disappearance in 2008. In December of 2003, Ms. Case writes to Mr. Blakeman that she has plans to eventually go to Vera Cruz, Mexico. Again, in March 2005, Ms. Case writes to Mr. Blakeman: "I have plans to come to Mexico to spend some time with you!!" And, also, in March 2006, she writes: "Sheri, Albert and I are thinking of moving to Mexico after mom is gone."

As to her crime, Ms. Case had no idea about the seriousness of her actions nor that her actions could result in serious felony charges against her. Ms. Case has no criminal history whatsoever beyond two (2) speeding infractions. She has always been a hardworking, trustworthy person. She has provided substantial assistance to the government regarding information about Ms. Parrett and her possible location. In addition, Ms. Case has provided information regarding

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

6

other individuals with whom Ms. Parrett has been communicating, how they communicate, passports and Birth Certificates Ms. Parrett may be using as well as where she may be doing volunteer work in Mexico.  Since Ms. Case's arrest, on the current charge, Ms. Case has worked diligently to undue the wrong she committed by trying to provide as much assistance to the Government as humanly possible.

## II.    Procedural History.

Linda Case is before this Court for sentencing following her guilty plea on February 26, 2010, to one count of willfully making a false statement in violation of 18 USC 1001(a)(2) pursuant to a plea agreement.  The single count Information against Ms. Case charged that from March 9, 2009, through January 25, 2010, Ms. Case made a false statement to federal investigators regarding the whereabouts of her fugitive sister, Rebecca Parrett, by denying knowing that she was residing in Mexico.

## III.   Determining Ms. Case's Sentence.

The statutory provisions for a charge under 18 USC § 1001 indicate that a maximum term of imprisonment is five (5) years.  The Guideline range, applying the offense level of fourteen (14) and criminal history category of I, as calculated in the final PSI, is fifteen (15) to twenty-one (21) months in prison.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

The sentencing recommendation in the PSI is below the guidelines range. The PSI recommends: five (5) months imprisonment, five (5) months home confinement, two (2) years supervised release, zero (0) fine, and $100 special assessment.

A sentence equal to or below the PSI's sentencing recommendation is appropriate in this case. A sentence below the applicable Guidelines is not presumptively unreasonable. *See* United States v. Foreman, 436 F.3d 638, 644 (6th Cir. 2006). In reviewing a sentence below the Guidelines range for reasonableness, the Sixth Circuit looks to whether the district court considered the relevant 3553(a) factors. Id. The Sixth Circuit explains, "a district court's mandate is to impose 'a sentence sufficient, but not greater than necessary, to comply with the purposes' of section 3553(a)(2)." Id. At n.1 (quoting 18 U.S.C. 3553(a)).

Section 3553(a) states, in relevant part:

(a)     Factors to be considered in imposing a sentence. The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider –

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

8

(1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    the need for the sentence imposed –

    (A)    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B)    to afford adequate deterrence to criminal conduct;

    (C)    to protect the public from further crimes of the defendant; and

    (D)    to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

In this case, the nature and circumstances of the offense indicate that a sentence well below the Guidelines range is reasonable. Ms. Case had no evil or even selfish motive. Her criminal actions started for the sake of her sick, elderly mother. She simply wanted to let her mother know that her daughter (Becky Parrett) was alive and well. In addition, Ms. Case, who was never close to her sister, is a kind-hearted person, so she also wanted to make sure that her sister was alive. Ms. Parrett has a history of manipulating people and situations for her own benefit; her correspondence with Ms. Case is the latest example.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

Ms. Parrett used Ms. Case and her kind-heartedness for Ms. Parrett's own selfish motives. The only thing Ms. Case has ever benefited or gained from Ms. Parrett – either before or after Ms. Parrett's conviction, was payment on one occasion by Ms. Parrett for staying at Ms. Case's home and errands Ms. Case ran for her.

During the days when Ms. Parrett was making an outrageous amount of money as a result of her company, Ms. Parrett simply ignored her family and treated them like "West Virginia hillbillies." Then, when Ms. Parrett's world came crashing down and she was ultimately sentenced to twenty-five (25) years in prison, she was not shy in asking her sister for all types of favors, including assisting her in pursuing a pardon and maintaining her innocence. Ms. Case is naïve and did not understand that simply corresponding with her fugitive sister and then not being truthful about that communication to a Federal Officials was such a serious offense. Although her sister pressured her to help financially, including suggesting that Ms. Case sell their mother's home and force their mother to subsist solely on welfare, Ms. Case refused to do so.

Further, the history and characteristics of the defendant are also persuasive for a sentence well below the Guidelines range. Ms. Case is not a hardened criminal. She has no criminal background whatsoever. She is a hardworking and kind woman who has been taking care of her elderly mother. She also was a

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

10

strong positive influence on her troubled grandson, who lived with her for his last year and a half of high-school. Further, since Ms. Case's arrest, she has fully cooperated with the authorities, providing substantial assistance and information regarding Ms. Parrett, and she will continue to do so. As such, a 5K1 is expected from the United States Attorney.

A sentence at or below the recommendation in the PSI will still reflect the seriousness of the offense and afford adequate deterrence for the criminal conduct because Ms. Case has already spent more than five (5) months in jail as of July 11, 2010. Multiple months in jail are a significant deterrence and a just punishment for a crime committed by a hardworking but naïve woman who was trying to receive communication from her fugitive sister in order to assure their ailing mother that the sister was alive.

The public does not need to be protected from further crimes of Ms. Case. The circumstances that perpetuated her criminal conduct (a family member becoming a fugitive) are not likely to reoccur and, even in the unlikely event they did, Ms. Case is now aware of the consequences of corresponding with a fugitive and she would not repeat her behavior.

Finally, Ms. Case does not need educational or vocational training, medical care, or other correctional treatment.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

11

Accordingly, a sentence equal to that recommended in the PSI or even lower (such as time served) would be sufficient, but not greater than necessary to comply with the purposes of section 3553(a)(2).

## IV.    Family, Friends, and Acquaintances Support.

Ms. Case's family speaks very highly of her. Her daughter, Sheri Kent, describes her mother as dedicated to her family, generous and kind. She describes how her mother has persevered hardship by getting her GED and putting herself through college while raising her children. Sheri discusses how her mother immerses herself in the community by volunteering and participating in church activities. (Pages 22-25). Several of her family members mention how caring and considerate Ms. Case has always been including Clara Dunlap, her aunt, (Page 26); her grandson Compton Tyler (Page 27);.and Kathleen Leong-Compton, the mother of her grandson, (Page 28).

Ms. Case' clients and friends describe her as hard working, honest, giving, helping others, and driven, see letters from: Jennifer Wagoner, (Page 29); Edward Hurley, (Pages 30-31); and Lois Price, (Page 32); Betty Palestrant, (Pages 33-34); Carla Eaddy, (Page 35); Phil and Sharon Reynolds, (Page 36); Anna Armentrout. (Page 37). Dorris Wood, (Page 38); and Rezella Fraley, (Page 39).

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

Finally, Ms. Case' own letter shows her regret, remorse, and sorrow for not assisting the Government in apprehending her sister as well as in letting so many people down including herself by her behavior in this case. Certainly, there are few individuals I have ever met who are so highly spoken of by family members, friends and acquaintances as Ms. Linda L. Case. Given the Mental problems Ms. Case has endured over the last several months a sentence even below the Guidelines would not be inconsiderate as reflected by the Rev. Jack Mayes letter (Page 43).

## V. Conclusion.

Ms. Case is sincerely remorseful for her criminal behavior. She accepts responsibility for her actions and hopes she can help the Government apprehend Ms. Parrett. She has consistently voiced her true feelings that she would do anything to assist in her sister, Becky Parrett's, apprehension. She hopes that the Court will consider that she has lived her life as a law-abiding citizen and was caught up in the pressure of her manipulative sister. Further, Ms. Case's criminal conduct was spurred by her desire to ease her elderly mother's worries by providing positive information about Ms. Parrett. Therefore, the defense recommends a sentence of time-served.

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

13

Respectfully submitted,


Joseph E. Scott (0061640)
Scott & Nemann, Co. LPA
35 East Livingston Ave.
Columbus, Ohio, 43215
(614) 221-9790
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document has been

served by hand deliver upon the Assistant United States Attorney, 303 Marconi

Blvd, Second Floor, Columbus, Ohio, this 23rd day of June, 2010.


Joseph E. Scott (0061640)
Attorney for Defendant

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790
fax: 614-228-6680

14

# ATTACHMENT A

## Emails from Ms. Case to Mr. Blakeman

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790

fax: 614-228-6680

Attachment A
Table of Contents

**Index of Emails from Linda L. Case to Clint Blakeman:**

1. Email dated December 12, 2003 where Ms. Case writes about her plans to eventually moving to Mexico……………………..………………..**28**

2. Email dated March 30, 2005, Ms. Case writes: "I have plans to come to Mexico to send some time with you!!" ..........................................**29**

3. Email dated March 2, 1006, Ms. Case writes: "Sheri, Albert and I are thinking of moving to Mexico after mom is gone." .............................**30**

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790

fax: 614-228-6680

—— Original Message ——
From: Case, Linda - SE Landscaping/GA
To: Clint Blakeman
Sent: Friday, December 12, 2003 6:11 AM
Subject: RE: Birthday

Hi Mick!
It was so good to hear from you!! Yes, I'm still working unfortunately. I do have some
exciting plans for next year though. I'm saving my money and plan to move back to
California sometime next year. Sheri and her husband Alberto will be moving back probably
around July. I will have to sell my house (after income tax season) and plan to move after
that happens. We miss California so much and also really miss Honey Michelle, Marlee Rose
and Tyler. They are beautiful kids!! Of course, you and I had a part in that so how could they
be anything else? Right? I can't wait to move back. I hate Atlanta. Sheri's new husband,
Alberto Contreras, is from Vera Cruz and hasn't seen his family in over 3 years. We have
talked about going there eventually. Are you living in Matzalan? Have you ever been to Vera
Cruz? I want very badly to retire from this corporate bull shit life but it's very expensive to
live in California. You know me...I'm good with numbers so I WILL make it work somehow.
YES, I'M STILL SINGLE!! ARE YOU?? I will never marry again but I DO hope to have a
companion in my old age. Right now, and for a long time actually, I haven't had a
relationship. Do you know anyone???

I'm sorry to hear about Goofy. How old is he? I know how you feel. My precious cat, Romeo,
was diagnosed with cancer of the nasal passage over a year ago. He's still hanging in there
and I'm hoping for a miracle. He has to take medication to slow down the cancer but he's not
in pain so I want to keep him with me as long as possible. He's 17 years old now which is
about 84 in human years. I hope Goofy gets better real soon...I know how much he means to
you.

How are "things" in San Francisco? Have you been up there lately? What do you do all day?
Are you living by yourself in that big house? How's Brix? Is he still in San Diego?

I was looking at some pictures the other day which were taken back in the 1960s...over 40
years ago!!! How is that possible? Do you know that I just turned 60??? I don't feel 60 and
everyone says I don't look 60 but they're probably lying. I have lost your address in Mexico
but if you will give it to me again, I'll send you some pictures.

I would love it if you called me sometime? My home number is 678-546-8070 and my cell
number is 678-491-4508. How about sending me some pictures of you and Goofy? My
address is 3921 Plantation Mill Dr., Buford, GA 30519.

Well, I've gotta get to work. I LOVE hearing from you. Please keep in touch more often.

Love Always, Linda

---

**Re: cancer**                                                    Wednesday, March 30, 2005 6:18 PM

From: "Linda` Case" <linda_loophole@yahoo.com>
To: "Clint Blakeman" <wade@mzt.megared.net.mx>

---

NO..NO...NO...NO...NO....YOU CAN'T DIE!!!!! I have plans to come to Mexico to spend some time with you!! I'm retiring in September and, for the first time in my life, I won't be working all the damn time.  I want to spend some time with you!!  PLEASE DON'T DIE!!  When Michael was alive it was like having YOU there...he was SO very much like you...weak ankle, favorite cherry pie, the eyes, the smile, the personality....all I had to do was look at him and I would think of you.  PLEASE, PLEASE  keep me posted.  I'll be really busy till after April 15th, then I'll have some free time.  Where will you be having your tests in the States?  San Francisco?  How's Goofy? Do you feel O.K.?  Are you in pain?  Are you still smoking??  I really like that Nicorette gum.  As as matter of fact, I have been addicted to it, off and on, for years.  I just quit, again, on January 1st and haven't had any since then.  Ain't that a hoot?  Do you feel like answering some of my questions in my last e-mail??  Please keep in touch with me.  Love Always, Linda Lou

*Clint Blakeman <wade@mzt.megared.net.mx> wrote:*

I got cancer in one lung . I have to go back to the US for more test. I can be there anywhere from 8 weeks to a year . That is if they can treat it at all. The Dr. here say it can be cured but I need a lot more test and they don't have the set up to do them here. I would have to go to Mexico City for the test . If I have to go that far I might as well go to the States. I don't like it up there anymore ,my home is in Mexico. If I find out they can give me the same treatment here that I can get up there I will come home. If I find out they can't do anything about it then I will come back here to die, On a up note it is motorcycle week here. There will be over 5,000 bike in town for it  . I'm having a good time going to that with all my buddies. Well hon that is about it for now I will let you know how things turn out. Love Mick.

18

Re: where are you?                                                    Wednesday, March 1, 2006 7:59 AM
From: "Linda` Case" <linda_loophole@yahoo.com>
To: "Clint Blakeman" <wade@mzt.megared.net.mx>

Hey there! It was sooooooo good to hear from you. You told me about the lung cancer a long time ago and
that was the last I heard from you. Are you serious about the 3 packs a day?? Great to hear that you're doing
better! Yes, unfortunately, I'm still working. The good news is...I only work about 10 weeks from around the
first of February to April 15th. And, right now, I have about 6.5 weeks to go!! I moved from Georgia to Ohio in
July 2004. After my brother died, my mom's health started going downhill so I moved back here to sort of look
out after her. I don't live with her...but close by. She's doing much better now that I'm here. Becky still lives in
Arizona. I hate it here in Ohio but will live here as long as mom needs me. My daughter, Sheri, and her
husband Alberto also moved here. I think I told you that Sheri married Alberto Contreras who is originally from
Vera Cruz. I would love to see your place in Matzalan. Could you send me some pictures? My new address is
4954 Demorest Dr., Grove City, OH 43123 and my cell phone number is 614-204-2296. My home number is
614-305-1081. How about some pictures? How's Goofy? Got a picture of him too? Do you have a phone?
Can I phone you sometime? I can travel almost anytime except January thru April 15th. I would like to visit
you in Matzalan. Are you gone from May thru December? How far is Matzalan from Vera Cruz? Sheri, Albert
and I are thinking of moving to Mexico after mom is gone. I was hoping that maybe you could show me around
Matzalan? It must be a good place to live....I've heard good things about it. I've gotta get busy doing tax
returns. Did I tell you that my clients call me Linda Loophole!! Bye for now.
Love Always, Linda

*Clint Blakeman <wade@mzt.megared.net.mx>* wrote:

Hi Hon, Well I live in Mazatlan Mexico full time, have for the last 6 years.I have a house 1 block from
the beach, 6 bathrooms , 5 bedrooms and a pool with a 4 car garage. the garage is full as there is 2
motorcycle and 2 cars. I have been sick for the last year. I had lung cancer. I think they have taken
care it , I have cut down to only 3 packs of cigs a day , not 5 pack like before.As for coming down in
the summer I leave Mexico and Travel during the summer . Down to Central America and south
American. Maybe we could meet up somewhere down there.I like Panama and El Salvador. Well that
is all for now . Do you still live in the South? Are you still working?Love Mick

----- Original Message -----
From: Linda` Case
To: Mick
Sent: Sunday, February 26, 2006 11:08 AM
Subject: where are you?

Please let me know where you are and HOW you are?? I think of you often and want to visit you
sometime this summer. Is that possible? Love Always, Linda

19

# ATTACHMENT B

## Letters in Support of Linda L. Case

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790

fax: 614-228-6680

## Attachment B
## Table of Contents

**Index of Letters in support of Linda L. Case:**                    **Page(s)**

1. KENT, Sheri (Daughter)............................................................... **22-25**

2. DUNLAP, Clara (Aunt).................................................................**26**

3. COMPTON, Tyler (Grandson)........................................................**27**

4. LEONG-COMPTON, Kathleen (Grandson's mother) ........................**28**

5. WAGONER, Jennifer (Client)..........................................................**29**

6. HURLEY, Edward (Friend) ...........................................................**30-31**

7. PRICE, Lois (Friend).......................................................................**32**

8. PALESTRANT, Betty (Friend)......................................................**33-34**

9. EADDY, Carla (Friend) ..................................................................**35**

10. REYNOLDS, Rev. Phil & Sharon (Friend).......................................**36**

11. ARMENTROUT, Anna (Friend).......................................................**37**

12. WOOD, Doris (Friend) ...................................................................**38**

13. FRALEY, Rezella (Friend) ..............................................................**39**

14. CASE, Linda (Self)......................................................................**40-42**

15. MAYES, Rev. Jack (Pastor)............................................................**43**

SCOTT & NEMANN
CO., LPA
35 E. Livingston Ave.
Columbus, Ohio
43215

phone: 614-221-9790

fax: 614-228-6680

Sheri L. Kent
3905 State Street, Suite 7-330
Santa Barbara, CA 93105
805.683.5000 Voicemail
805.294.3573 Cell
614.307.6141 Local



March 31, 2010

The Honorable Judge Algenon L. Marbley
United States District Court
Southern District of Ohio, Eastern Division
85 Marconi Blvd., Room 319
Columbus, OH 43215

RE: LINDA CASE; United States of America v. Linda Case – Case # 2:10 er 045

Sent via: <u>Joseph E. Scott, Attorney</u>

Dear Judge Marbley:

My name is Sheri Kent. I am Linda Case's daughter. I want to tell you a little bit about my mom ... a few things about her character and who she is as a person that might help you discern mom's sentence.

First, let me say how much it pains me to see that this matter is regarding **The United States of America vs. my mother.** That seems very unlikely – if you knew her. My mom spent the majority of her married years *serving this country* by being a military wife. My father - Arthur Kent - served two terms in the Air Force and one term in the Army. They were stationed at Tinker Air Force Base in Oklahoma City, OK when my dad went overseas to assist with the Vietnam War. My mom spent her entire pregnancy with me alone – and even gave birth by herself. I didn't meet my father until I was hospitalized (and nearly died) at 3 months old and my father was allowed to return home to see me. Now that is a *sacrifice* FOR your country! Mom was married to dad about 8 years and then later married Kenniston Case – my stepfather. He was in the active National Guard and (like my father) was stationed somewhere new every couple of years. So, every couple of years my mom had to pick up and pack up and relocate herself and her family to a new part of this country to support my father and then subsequently my stepfather so they could serve this country. That's how my mom served this country – and that is how I served this country. This is not an easy life for the spouses and children but we were *proud to be American* and happy to sacrifice and do what we could. This meant that we never had a place that we could call "home" for very long. We spent a lot of time on army and air force bases around this country as well as attending military functions. I can't tell you how many times we heard the speeches that started "Duty, Honor, Country ..." and every time how satisfied we all felt at being a part of something so great. My mom is very *patriotic and loves this country* very much and has sacrificed a lot personally for it. I hope that is taken into consideration with regard to her sentencing.

I would like to share you with some examples that illustrate my mom's character and personality.

She is a regular person. She is a *proud Ohio State alumnus*, she loves to watch Ohio State football, she enjoys playing bridge and has played for many years with the Central Ohio Bridge Association over on Bethel Rd, she enjoys organic gardening, movies, Dancing With The Stars, American Idol and Donatos pizza.

She is a very *generous* and *compassionate* woman often *volunteering* her time at the McDowell Senior Center to help seniors with their tax questions and has volunteered at the Capital Area Humane Society. She adores animals. She is *kind, warm and empathetic*. Even though she doesn't have much – she is always giving something to someone, whether it is household items to the Kidney Foundation, a donation to help the homeless with their Thanksgiving meals, newspapers to the dog shelter, money to the Humane Society and ASPCA or donating used cell phones, women's clothing and accessories to shelters for battered and abused women.

She is *intelligent and accomplished*. I would like to add – my mom never graduated from high school. Her parents were simple West Virginia country folks; my grandfather was a carpenter who didn't finish high school and my grandmother was a nurse's aid who didn't finish high school. However, in spite of her background mom went on to get her GED and be *the first college graduate from either side of the family!* I was attending college myself at the time and was so proud to watch her walk across the stage at OSU and accept her diploma. This

was not easy for her because it took her 7 years because she was working full time, supporting herself and raising two teenage daughters alone. But she didn't give up. When she sets her mind to something she can accomplish it. After that, she established and built a very *successful* small business here in Columbus doing income taxes and bookkeeping for other small businesses. I learned how to do accounting as her apprentice at Case Accounting & Tax Service. Mom taught me everything I needed to know – gave me the foundation, knowledge and experience to make a living and have a career in accounting. She provided a great service to her clients.

In 1996 my mom sold her business so that she could move closer to my brother and me and her grandchildren in California. She sold it to a partnership named ███████████. Part of the deal was that after a down payment, mom would work for ███████████ for one tax season and transition all of her clients over to the new owners. Then, after she moved, they were to send payments after every tax season for several years until they had paid off the full amount. My mom kept her end of the contract. However, after moving to CA she was notified that they would not be sending any more payments. One of the partners – ███████████ – had contracted AIDS and was very ill. My mom was devastated. She was counting on that money for her future, her retirement. She was entitled to that money because she worked hard for many years to build her business and clientele to what it was when she sold it. Was her decision to hire a lawyer and legally pursue her deserved, contracted payments? No. My mom chose to walk away. What kind of a person would sue someone who is sick? As an after-note, Mr. ███ is alive and well and owns a lovely home in Victorian Village and is still reaping the rewards (which he never paid for) from what my mom sowed. Even after returning to Columbus my mom has honored her part of their contract with regard to the "non-compete" part and wishes him no ill will. That story shows extreme *honor, character* and compassion.

My mom is a very *fun, sociable* part of any community – whether it is family or geographical. When she was living in Santa Ynez, CA she was the Business Administrator for the Santa Ynez Valley Presbyterian Church and also a member of the Santa Ynez Valley Chamber of Commerce and Women's Club. She helped organize the singles group at the church and other activities. After returning home to Columbus she has been involved with the local senior center, has taken clogging lessons and even some other ballroom dancing lessons. She is a very active "senior" citizen.

Judge, I waited until I was 36 years old and found the right man before I got married. The man I happened to fall in love with was of Mexican descent. Honestly, there were quite a few members of my family who did not accept Albert at first, including both my mother and father. They come from rural West Virginia and there wasn't much diversity there. But, after coming to know my husband's heart and character the person who has accepted him the most has been my mom. Only she and my sister even acknowledged our marriage at first. Now, my mom is learning Spanish so that when she visits our in-laws in Mexico she can communicate with them in their own language. Mom really is *amazing*. Once she learns something she tenaciously wants to learn more and integrates that knowledge into who she is. Knowing Albert has helped her learn to be a more *open minded, tolerant* person. She is one of only a few family members that I have an actual relationship with – and not just see during holidays, special occasions or funerals. Even though she is in jail she is the only one who has remembered Albert's and my anniversary. Tomorrow we have been married 7 years. Mom is also a very *thoughtful* person. Even amidst her current circumstances she sent us a card she bought on her account at the commissary at Delaware County. We really want her to be a part of our lives. Albert and I have a lot of faith in her. Like everyone, she makes mistakes. But I can tell you that she also makes HUGE recoveries.

One of mom's dominant roles has always been that of *caregiver*. Over the years she has rescued countless dogs and cats and has had an "open door" policy with her home with respect to any family member who needed a place to stay while they were getting their life together. I have been a big beneficiary of that generosity over the years – regardless of how old I was. If I needed a place to stay mom was there with open arms and a welcoming smile. She has also let my sister Trisha and her first husband Scott and child Aaron move in and stay with her while they were in the process of relocating back to Columbus after Scott's time in the Marine Corps ended. They stayed with mom for several months in her small two-bedroom condo and mom also helped with babysitting while they had interviews and provided other vital assistance to them while they were segueing back into civilian life. Just several years ago this same grandson – Aaron – who was then living with Trisha and her second husband Tom in Buford, GA came to stay with my mom. He was very much a typical "troubled teen", very rebellious of authority, doing drugs, stealing things, running away from home. My sister felt like she couldn't handle him anymore. After the last time he ran away and was gone for 2-3 weeks (I think) his only option was to go to military school or come up and live with my mom. Aaron decided to come up and live with my mom – his grandma. He was with my mom for over a year and the improvement was incredible. He made friends and became more sociable, he made the honor roll nearly every time at Grove City High School, he enrolled in the ROTC program and was one of their most promising cadets, he played rugby and graduated from Grove City High School. Mom helped him in so many ways. She set aside her own desires and really put a lot of time and

love and energy into this kid. She helped him learn to drive; she assisted him with college applications and scholarship applications. She *GIVES* a lot of herself to her family – most importantly – to my grandmother – mom's mother. Grandma is a very independent and stubborn woman. Physically, she is pretty healthy for an 86-year-old woman. However, grandma has been diagnosed with Alzheimer's disease and it is getting progressively worse. Grandma was living on her own in her house in Valley view until October of 2008. I came back to Columbus from Santa Barbara and helped move my grandma in with my mom – so mom would be able to care for her. Grandma needs 24 hour care. She doesn't think she does but she will go out and try and shovel the driveway and hurt herself or walk on the ice to get the mail and fall down and hit her head or set the house alarm off and not remember how to turn it off or have the heat set at 85 degrees during the summer. These types of things were happening on a daily basis. So it was time. While grandma was here with mom she slipped in the kitchen and fell and broke her hip. She had to have surgery and now does have some difficulty walking – although she can manage with her cane and a little help. It breaks my mom's heart that grandma is in Monterey Care Center and not at home. Mine too. Mom was retiring this year so she could bring grandma home and devote the majority of her time to taking care of her. I sincerely hope that this will also be taken into consideration when considering my mom's sentence.

Mom is also a very *conscientious, thoughtful* person. She cares about not just herself and her family and community but this country and this planet. A lot of the decisions she makes, i.e. recycling, planting organic, never wasting anything, etc. are because she believes she has a caretaker responsibility as well. She brought me up to be a conscientious person too. We haven't been able to speak in detail about the circumstances that landed her in jail. But, she has told me and everyone else how sorry she is and that once she is able to she will do everything she can for the rest of her life to make this right for all of us. I believe she will.

My mom has had an especially hard time with the loss of my brother Mike (her son) who passed away in September of 1998. Since then she has also lost her father, her stepfather, her brother and her best friend. Grandma's Alzheimer's has taken a big part of her away as well. I think my mom is still grieving these losses and this grief may have clouded her judgment with respect to my Aunt Becky Parrett – who is one of mom's few remaining immediate family members. They did not have much of a relationship at all for years. My aunt is not a nice person and my mom and her have virtually nothing in common except genes and their childhoods. However, when my uncle Dannie died in November of 2002 he asked my Aunt Becky to apologize to members of this family – including my mom and me – for her past transgressions. He also asked mom to promise him she would look after Becky. These were his last requests – his deathbed wishes. My mom was honoring this promise to her brother. She knows what she did for Becky is wrong and has *cooperated fully* with the US Marshall's office, Drew Shadwick in particular, and Doug Squires the Prosecuting Attorney. And she will continue to cooperate and do exactly what is expected of her – for all of our sakes.

Except for my grandmother – who still believes Becky was innocent and just "in with the wrong crowd" (mother's love!) - the rest of our family believes that she is guilty of far more than she was convicted of; far worse crimes because they are crimes of the heart, crimes against the spirits of the people who love you. She is and has been an embarrassment to us all for a long time. I can speak for the entire family when I say that we want nothing more than for her to be captured and serve her sentence. That will be justice for all of her victims from the corporate fraud that she was convicted of.

However, with regard to my aunt, there can never be reparations or justice with what she has done to this family or what she has put us through. I meditate and pray every day a lot about this situation. I pray that the part of Becky that is human – the part that connects her to all of us, all of humanity – cries out to her conscious to do the right thing and turn herself in. I pray that my grandma won't pass away before we can bring her home from the care center. I pray that Albert's and my finances and marriage hold out during this tumultuous time while we are here in Ohio taking care of mom's responsibilities until we can get back to leading our lives. I pray that someday my entire family will be able to put the past behind us, communicate lovingly, heal and trust each other again. I pray for your compassionate discernment of my mom's unique case. I pray for Mr. Squire's compassionate discernment as well. My mom is not my aunt. And I pray that my mom will survive in jail until you sentence her and she can come home. I pray and hope that her sentence will be for "time served" and if necessary probation and possibly some counseling. I give thanks and am grateful for Mr. Scott – my mom's lawyer. He has been a great help and tremendous comfort to our family during this very trying time. And, I am very grateful for all of the professionalism and empathy shown to my family and my mom in particular from Drew Shadwick of the US Marshall's office. I have spoken with him more over the past 7 weeks than any of my best friends. I have wholeheartedly volunteered my help in any way that will help bring my aunt to justice or help with my mom's case.

Ironically, my mom has suffered the most at Becky's hand throughout her life and she is still suffering. My grandmother told us that when all of her kids were little that Becky would do bad things to my uncle and my mother. Then at the end of the day – when it was time to go to bed – Becky would be scared to go to sleep if

24

everyone she wronged during the day didn't forgive her. Instead of punishing my aunt for doing bad things - my uncle and my mom were actually punished if they didn't forgive her. Although I am not a psychiatrist, I believe this part of their upbringing was crucial to both of them. Becky learned that there were no consequences for her actions and my mom learned that if she didn't forgive Becky she would be punished. I do believe in forgiveness. I forgive my mom and I hope that you, Mr. Squires, Mr. Shadwick and the rest of the United States of America (the part involved in this case anyway) can forgive my mother as well.

My father passed away New Year's Day 2005. Even though they were divorced – my mom and dad remained friends throughout his life. At my father's funeral my mom was the only person who spoke about him – other than my sister. It must have been hard for her to stand up at the microphone – in front of her ex in-laws - and speak about my dad, but she did it for me. She shared some very loving stories that I'm sure no one in the family had ever heard – not even me – about their time together. It helped begin the healing process for me, although my grief would continue for some time afterwards. Imagine the *courage* that it must have taken. That's the kind of person my mother is.

For the record, mom does have a plan. Once she is allowed out of jail she wants to move into grandma's house in Valleyview and then bring grandma home and take care of her there. The house is paid for so my mom should be able to take care of my grandmother and them both live comfortably. My husband Albert and I are prepared to move their belongings over there for them once we get the "green light" from the court that she is coming home. We have been staying at the house in Grove City and taking care of mom's 4 cats, mom's dog, grandma's 3 cats, the house, and various other tasks associated with running a household AND keeping up with grandma since mom was incarcerated on February 12th – 7 weeks ago. We are obviously very anxious for her to return safely home to us - as well as her responsibilities - so that we can all resume our lives.

I would like to add just a little more to what I have said about my relationship with my mom. My mom gave me life. She has nurtured me, taken care of me, taught me right from wrong, disciplined me when I needed it, cried with me during my heartbreaks, laughed with me at my joys, celebrated with me at my victories, challenged me to be better when I could be, helped me when I needed it and loved me no matter what. She isn't perfect, but none of us are. She is one of the great loves of my life and I miss her tremendously. And, I worry about her being in the environment that she is in at 66 years old. So, on behalf of myself, my husband Albert, my grandma Nellie, mom's dog Sonny Boy, her cats Willie, Patsy, Elvis Pussly and Demi Mewer, grandma's cats Tommy, Baby and Donna can you please let my mom come home to us soon?

Please feel free to contact me anytime if you need anything further or have any questions or require clarification. I am available and happy to help in any way that I can.

Thank you very much! I appreciate your time and will continue to pray for blessings for you and your family.

Sincerely,

Sheri Kent

April 23, 2010

Dear Judge Marbley,

My name is Clara Dunlap. I am Linda Case's aunt, her mother Nellie is my sister.

I am writing to ask you to please carefully consider the kind of person that Linda is before you sentence her. She is a very thoughtful, considerate and caring woman. Often thinking of me (to call me in person or to send a card or letter) on Mother's Day and other special days and Holidays and who often invites me on special outings and family occasions. She is not only a niece to me, but a friend as well.

Knowing her as I do, I'm sure that she is truly sorry for not being completely honest and upfront with the authorities about communicating with her sister, Rebecca Parrott. I'm sure that the time Linda has already spent in jail has taught her a huge lesson that she will never forget.

I ask you to please show compassion when hearing her case and sentencing her.

Thank you.

Respectfully,

Clara A. Dunlap

Clara A. Dunlap

Columbus, OH.

APRIL 15, 2010

TO WHOM IT MAY CONCERN:

MY NAME IS TYLER JAMES COMPTON
AND I AM ADDRESSING THIS LETTER
IN REGARDS FOR MY GRANDMOTHER LINDA
CASE. I AM THE SON OF HER LATE SON
MICHAEL. MY GRANDMOTHERS LIFE IS
REVOLVED AROUND CARING FOR FAMILY
& SHOWING COMPASSION TO SAVING
ANIMALS WHO WOULD NOT LIVE IF SHE
DID NOT PROVIDE FOR THEM. IT IS SOMETHING
SHE HAS PASSED THROUGH OUR WHOLE
FAMILY. SHE IS ONE OF THE MOST SELFLESS
PEOPLE I HAVE EVER HEARD OF & MET.
SHE HAS SACRIFICED HER LIFE DREAMS &
LUXERIES TO CARE FOR HER AILING MOTHER
FOR THE LAST DECADE OR SO. IT IS A
MIRACLE THAT WHILE TAKING CARE OF
HER MOTHER, THAT SHE CAN WORK ENOUGH
HOURS TO BE A HOME OWNER, & FULLY
SUPPORT HERSELF AS WELL AS CARE FOR
5 PLUS CATS & A SHELTER RESCUED
DOG. I WISH THAT WHOM EVER READS
THIS NOW HAS A CLEAR VIEW OF CORE OF
MY GRANDMA & THAT MERCY IS GRANTED.

SINCERELY,

TYLER COMPTON

April 4, 2010

Kathleen Leong Compton
3444 Monogram Ave.
Long Beach, Ca 90808

Re: Linda Case

Dear Judge Marbley,

I write to you today on Easter Sunday on behalf of my son's grandmother Linda Case. I have known Linda since the day my son Tyler was born August 20, 1988. Although her son Michael and I never married she made sure that she would have a relationship with my son.

Since she lived in Ohio she and Grandma Nellie flew to California to meet her grandson in the hospital. Even though I was in another relationship she put all that aside and wanted to be a grandmother to Tyler. She is always known as Grandma Linda to Tyler and to my son Travis, Tyler's half brother. Grandma Linda sends card or special gifts to both boys always including both of them.

When she moved to California we spent time together, horse back riding and visiting the beach. She is a caring person, genuine and I am blessed to have as part of my family. In 2006 Tyler and I flew to Ohio and spent a week with Grandma Linda. During our visit she took us to Ohio State University her alma mater, went to the local sites and visited the zoo. Speaking of the zoo her home was a tribute to how much of an animal lover she is. At the time she had 3 cats and a stray that she was feeding. My son Tyler also loves animals and we enjoyed spending the week visiting and he learned more about his father. It is a vacation he will never forget.

Ever since I have known Linda she has been a person that I trust. I trust her with my son who is one of the most precious gifts in my life. She has also proved to be dependable, kind and sincere. She is a compassionate person and deserves the same respect that she has always shown.

Today I send you this letter to ask that you please look at her and her whole life before you pass judgment. Her character and dedication to those she loves maybe her only fault. I ask that you consider the family members that depend on her and remember that she is a dedicated mother, grandmother, aunt and sister.

I have only had positive moments with Linda and meeting with her family and friends they would tell you the same thing.

Sincerely,

Kathleen L. Compton

Kathleen Leong Compton






April 9, 2010

To the Honorable Judge Algenon Marbley,

I am writing to share my pleasant experiences with Linda Case. As a tax client of hers for over 4 years , our relations were primarily business, but through several conversations beyond business, I can tell you a little about the good person I have seen in Linda.

Linda is extremely professional and I trusted her as my accountant because she looked out for my best needs as an individual, but would never waver integrity or bend rules. She followed tax laws precisely and made that very clear to me whenever I had questions about financial circumstances—she would either tell me it is or isn't allowed as a tax write-off..period. No gray areas. But what I also loved about having Linda as my accountant is that it was crystal clear that she was not passionate so much about crunching numbers, but about helping people as much as she could within legal realms to keep as much of their hard-earned money as they could.

As Linda and I got to know each other through random conversations between tax talks, I became aware of her quiet yet caring personality. She didn't always say much (no fluff...just the facts) but I quickly learned how much she loved her family. I knew she had lost her son and continued to have a void in her heart. I knew she was extremely proud of her daughter, Sheri, following in her footsteps professionally and all that she had become. I knew that she had taken the challenge of helping her grandson and physically was looking for him when he ran away (the time I was aware of—during the heat of tax season if I remember correctly because I was dropping paperwork off with her and was made aware of the situation). I also knew how devoted she was to taking care of her mom when her health began to decrease. I do not recall her speaking about her sister.

I met Linda in Georgia , where I became her client. I KEPT her as my accountant even after she moved back to Ohio (to care for her mom) because I trusted her so much. Now that she has retired, I am scared that I will not find an accountant as honest and compassionate as she has been, but was thrilled for her ability to retire.

THEN, I learned of these unfortunate circumstances, and I became so sad for Linda.

Judge, I am praying with Linda's family that you will view her time spent in jail as time well served, and allow her to return home very soon. Thank you for your time in reviewing my comments about Linda Case.

Sincerely,

*Jennifer Wagoner*

Jennifer Wagoner
*Braselton, Georgia*

# EDWARD R. HURLEY
## 1326-C LAKE SHORE DR.
## COLUMBUS, OH 43204

**614-486-1895 Home**                    sally_ed@hotmail.com                    **614-946-9678 Cell**

April 9, 2010

The Honorable Judge Algenon Marbley

Dear Judge Marbley:

I am writing this letter in support of Linda Case, and ask you to consider my comments in the sentencing process.

I understand that Linda is charged with "providing false information" and has been arrested and has now been incarcerated approximately 9 weeks.

I have known Linda for approximately 25 years . . .

- as a tenant,
- as an employee, and
- as a friend.

Linda rented a property of mine for a number of years and was an excellent tenant. She always paid her rent on time and took very good care of my property. During the time she rented from me she saved money to purchase her own home. Linda was an employee of my small company; she provided accounting services. She is a very intelligent, talented person and a very hard worker. I would not hesitate to recommend her very highly, and have done so.

Having known Linda, her daughter Sheri, and her son-in-law Albert for a considerable period of time, I consider myself a personal and family friend. I was so very surprised to hear about the charges of her "providing false information" and her subsequent incarceration. It appears obvious that Linda made a mistake and has, and will be, paying a heavy penalty. I'm certain the recent happenings have drastically affected her well-being and her life.

Considering Linda's past good citizenship, her hard work and effort to make something of herself, her integrity and honesty in all aspects of her relationship with me, I must conclude that any further incarceration would serve no useful purpose and would be an unnecessary government expense.

I ask that you make it possible for Linda to return to her family responsibilities, allow her to be a

30

responsible tax-paying citizen again; and, especially, allow her to care for her mother, whose health is failing due to Alzheimer's Disease.

Thank you for your serious consideration of the above information and requests.

Sincerely,

Edward R Hurley

Edward R. Hurley
Retiree and Former Owner of CDC of Ohio
Community Development Consultants

April 4, 2010

The Honorable Judge Algenon Marbley                  Re: Linda Case

I met Linda Case in 1996 at Church when she moved to California. At a Church Women's Retreat where the Heart to Heart program was developing, Linda and I became caring Heart to Heart sisters in Christ. We discovered we are both from West Virginia, both have September birthdays, and both played the autoharp; (she showed me a picture of her playing in elementary school). When she announced she "loves" onion sandwiches, (my husband and I do too) we had an onion sandwich picnic on our farm in Solvang CA. When she moved to Georgia, she sent us a very special box of sweet Vidalia onions – the best in the nation. Linda was ever thoughtful of doing for and giving to others what she knew would please. In the late 90's she and I were singing in the Santa Ynez Valley Chorale.

Linda moved from Georgia to Ohio to be close to care for her mother. Before her moving from California, Linda invited me to lunch at her house. She left her beautiful African violet with me. Sweet, caring Linda has sent several special Heart to Heart mementos to me over the years.

Respectfully,

*Lois Price*

Lois Price
1270 Dove Meadow Road
Solvang, CA 93463

805 688-1246

May 21, 2010

The Honorable Judge Algenon Marbley.

Your Honor:

I would like you to know that Linda Case is a good person.

She came from an area around the Ohio – W. Virginia border, and through many hardships became the first in her family to graduate college.

I met Linda at the Columbus Bridge Center and we became friends. and bridge partners. She was working 3 jobs as an accountant and had the responsibility of payroll, etc.

She is such an honest person. Even in bridge, if our opponents gave us a higher score than we deserved, Linda was the first to correct it.

Linda was naive when dealing with people. She believed in people.

She opened her home to a grandson who was in trouble, and allowed him

33

to stay with her.

great – still working 3 jobs – she accepted the responsibility of helping her grandson.

He enrolled at Grove City High School and Linda attended meetings, after school activities and personal meetings with the school Counselor.

His grades improved and he eventually graduated and had a chance to go to Ohio State University.

Linda has a heart as big a she is.

She came back to Columbus to help her mother, and would always be there for her.

Life was not easy as her mother was diagnosed with alzheimer, would get confused, get lost and sometimes be combatative.

But Linda held fast for her family.

Now Linda is encarcerated for naively thinking that being in contact with her sister would help her mother's anxiety.

Thank you your Honor for reading this letter. I hope you see that Linda is a good, honest, kind and caring, and hard working person.

Please take this into Consideration.

Respectfully
Betty Palestrant

34

April, 25, 2010

The Honorable Judge Alegnon Marbley,

My name is Carla J. Eaddy. I'm the owner of Dogs Rule! Dog Day Care, 4095 Hoover Rd., Grove City, Ohio 43123

I met Ms. Linda Case in March 2009. Her wonderful dog Sonny Boy has made weekly visits to our daycare for over a year now. I have experienced many life events with Ms. Case and gotten to know her over that time.

I've seen her dedication and struggle with her mother's illness and eventual need to admit her to a full time nursing facility. I've cried with her over the incredibly hard decision to put one of her beloved cats to sleep. I've enjoyed wishing her great luck as she's dropped Sonny Boy off on her way to her bridge tournaments. We've laughed and talked as she and Sonny Boy joined with us in the community parade to help publicize our daycare. I've seen her joy at a surprise homecoming with her beautiful daughter, Sheri and her Son-In-Law, Albert last Thanksgiving. Her love of Christmas and the joy of joining in holiday festivities within the community almost rivals mine. She also grows great vegetables (which she's shared with us!) and is a client whom I always look forward to seeing.

I wanted to also say that I am aware of the plan for Ms. Case to move into the Village of Valleyview. I just happen to live in that same village and I and my family would be thrilled to welcome her and her family to our neighborhood. I know that she would be a wonderful addition to our community.

I, of course don't know the extent of the situation Ms. Case is involved in but I do know her to be an absolutely lovely, caring and warm individual whom I have been fortunate to know. I will be so happy when she and her precious Sonny Boy walk through my doors again!

Sincerely,

Carla Eaddy,
2582 Dibblee Ave.,
Columbus, Ohio 43204
(614) 274-3094

Dogs Rule! Dog DayCare
4095 Hoover Rd., Grove City, Ohio 43123
(614) 374-8119 Cell
(614) 594-2514 Office
(614) 594-2260 Fax
www.dogsruleddc.com

35

**Rev. Phil and Sharon Reynolds**
**5310 Killdeer Court**
**Orient, Ohio 44146**

May 5, 2010

The Honorable Judge Algenon Marbley:

Re: Linda Case #41099

Dear Judge Marbley:

We are requesting leniency in the sentencing of Linda Case. It is very sad that she became
ensnared in her sister's legal situation and made the decision to keep her contacts with her
sister a private matter. Even though we recognize she exercised poor judgment and that it was
criminal behavior in the legal system, we believe she did not intend to harm anyone. To the
contrary, we believe she felt it would benefit her mother.

We became acquainted with Linda Case through her mother, Nellie Lamon who was a
member of our church for in excess of twenty years. After her daughter, Becky, became a
fugitive, Mrs. Lamon was diagnosed with Alzheimer's and it became unsafe for her to stay
alone in her home. At that point, Linda Case willingly took her mother and her mother's cats
into her home and provided a safe environment. In addition, she not only encouraged her
mother's friends to visit but organized luncheons and other get-togethers to assure her
mother's life had meaning. She always welcomed us in her home at any hour. Since Mrs.
Lamon's son has passed away and Becky is a fugitive, we believe that she needs her only
remaining daughter, Linda Case, to help provide for her needs.

Thank you for taking the time to read this letter and your consideration of our request for
leniency when sentencing Linda Case will be appreciated.

Respectfully,

*Phil & Sharon Reynolds*

Phil & Sharon Reynolds

Anna Armentrout
5262 Norton Road
Grove City, Ohio
614.877.9959

April 24, 2010

The Honorable Judge Algenon Marbley:

Re:  Linda Case #41099

Dear Judge Marbley:

This letter is to ask you to judge Linda Case for who she is as a person and not by her one act of poor judgment. I have known Linda Case approximately two years. I attended church with her mother whom I think is a very special person. Her mother has been diagnosed with Alzheimer's and was unable to stay by herself. Linda took her mother into her home to care for her. Linda willingly opened her home to her mother's friends and I began visiting her mother weekly. During that period of time Linda had a few parties for her mother and I was invited. This added to my feelings that Linda is a very caring person. She was a great hostess and showed a lot of respect for her mother. During these parties, Linda planned and participated in games that her mother could enjoy and understand.

Ms. Case is an accountant and worked at home on some days to assure her mother had the care she needed. My weekly visits were to support Linda so she could continue her job duties and continue to care for her mother in her home. Linda has the character and compassion that makes one want to help her wherever they can. I still visit her mother weekly and she is always telling of how Linda is a hard worker and takes loving care of her animals. I feel her mother needs Linda.

Your consideration of leniency for Linda Case will be appreciated.

Sincerely,

*Anna Armentrout*

Anna Armentrout

Dorris Hester Wood
1860 N. Raintree Rd.
Flagstaff, AZ 86004

April 12, 2010

The Honorable Judge Algenon Marbley
c/o Sheri Kent
4954 Demorest Dr.
Grove City, OH 43123

Dear Judge Marbley,

I am writing this letter in testimonial to Linda Case, over whose case you are presiding. Her daughter, Sheri Kent, has been my beloved friend for almost 20 years. I first worked with Sheri at Nissan Motor Corporation in Los Angeles. She later worked for my husband as his right-hand accountant. I know Linda through Sheri, but have met her on many occasions and have always had a high opinion of her. I feel she is an honorable woman, honest, trustworthy and generous.

I do not assume to know the extensive details of this case, but I feel that if Linda did anything wrong, it was in the interest of her family, particularly love and loyalty for her elderly mother. My own dear mother died five years ago at age 89, and I can assure you there was not much I wouldn't have done for her, especially at the end of her life when she was in frail health. Surely there are few among us who wouldn't agree.

Linda only wants to live peacefully and take care of her mother. She is a compassionate and generous woman, reaching out to her extended family, friends, community, even stray animals. She is certainly no threat to society. Indeed, I feel that your compassion in her sentencing is in the best interest of the community.

Linda's sister Becky Parrett's behavior is reprehensible. The sooner she is brought to justice, the better. But I also feel that Linda is a victim of Becky's uncaring and selfish nature. Keeping Linda in jail is not going to remedy that. In addition, the point the court was making – respect for the law – has not been lost on her. Therefore, I would like to encourage you to be lenient with Linda and allow her to return to her family.

Thank you for your time and consideration.

Sincerely,

*Dorris Hester Wood*

38

April 14, 2010

Rezella Fraley
1858 Barnett Ct W.
Columbus, Ohio 43227

Dear Honorable Judge Marbley:

Hello, my name is Rezella Fraley, and I have worked with Linda Case for the past two-
(2) years. I am very happy to write to you and talk a little bit about Linda; I do consider
her my friend.

I have not known her most of my life, but what I do know is that she is a joy to be
around. You don't find to many people in this life trying to be happy with what they
have. Linda has always been so kind to me, she's one of the most leveled headed people I
have ever meet, mind you family can cloud your head 99% of the time. I come from a
large family and it's always something about a younger Sister making you change your
mind about things!

Linda has always been positive since I meet her; she seems to know what she wants to do
with the rest of her life. What we all want, and that's to live it out enjoying ourselves. She
talks to me about her faith and doing the right thing all the time, sometimes you just go
wrong and fall, but you have to get up and try again. There are no excuses for doing the
wrong thing, but sometimes you think it's for the right reasons, (family is something to
always fight for).

So with that, I am always pray for Linda and her family to stay strong and positive that
things will work for the good.

Sincerely,

Rezella Fraley

COPY

March 19, 2010

Dear Judge Marbley,

Thank you for taking your valuable time to read the "real" story behind my actions regarding my sister, Rebecca Parrett.

In 2002, I was living in Buford, Georgia, near my two daughters and grandchildren.

On November 10, 2002, my brother, Dan, died of leukemia at OSU James Cancer Clinic. Five days later, my sister's company, National Century Financial Enterprises, was raided and closed down. At this point, my mother's health began to decline rapidly.

Before my brother died, I had not spoken one word to Becky for four years. Over the past twenty some years, we rarely saw or spoke to each other. We lived in separate worlds the majority of our adult lives.

In May 2004, I returned to Columbus for mom's 80th birthday. She had lost a lot of weight and was extremely depressed and nervous. I cried all the way home to Georgia. I moved to Columbus in July 2004 for the sole purpose of taking care of mom.

Judge Marbley                           March 19, 2010
Page 2

After Becky was convicted and then disappeared, Mom's health got really bad. Her neurologist said she had suffered two minor strokes. A few months later, she was diagnosed with Alzheimers so I moved her in with me. She subsequently fell and broke her hip and is currently residing at Monterey Care Center. She doesn't understand "why" she can't come home and "why" I don't come to see her.

For the past six years, everything I have done has been for my mother's benefit! I am 66 years old and mom is almost 86. I'm the only one left to care for her.

I communicated with my sister, Rebecca Parrett, for two reasons:

(1.) I promised our older brother, the night before he died, that I would forgive Becky for being so very mean to me during her entire life and that I would look after her in his absence.

(2.) Mom was able to speak with Becky a few times by phone, she received two letters from her, and she read several e-mails which I printed for her.

Judge Marbley                                    March 19, 2010
Page 3

   Simply "knowing" that Becky is still
alive has, in my opinion, kept my mother
alive.

   I made a horrible mistake for which
I am truly sorry.

   Since my arrest, I have cooperated, fully,
with the U.S. Marshals and will continue to
do so until Becky is caught and sent to prison.

   With all my heart, Judge Marbley, I sincerely
apologize to you and beg you to please allow
me to continue as caretaker for my mother.

                         Respectfully,

                         Linda Casa

**Union United Methodist Charge**
**P. O. Box 491**
**Pt. Pleasant, WV 25550**
**304-675-7279**

April 9, 2010

To: The Honorable Judge Algenon Marbley

Subj: Linda Case

Dear Sir:

As pastor of four United Methodist Churches, I am often called upon to recommend a person or write a letter of reference.  I find it a little unusual in this instance because the subject person, Linda Case, is my tax accountant and also my first cousin.

While I am not completely informed of the charges being brought against Linda, I do understand that she has been incarcerated for about two months, awaiting trial on a charge of lying.  I was surprised and shocked when I received word of this.  I do not uphold Linda in any wrongdoing and if found guilty of this crime, I am sure she will suffer the penalty.

My only question is, who among us have never told a lie?  I'm aware that some lies are more serious than others and some have greater repercussions.  Yet, when I see and hear of violent crimes being committed every day by people who were serving sentences and received early releases, I must wonder, where is the justice in retaining a senior citizen in custody for not telling the truth?

To release Linda from custody would certainly be a compassionate thing to do.  She is not a threat to physically harm anyone, kidnap a person, or commit armed robbery.  I realize your duty is to enforce the law and I respect that and feel you perform that duty with honor and integrity.  I also realize it is within your power to retain Linda or to set her free.  I respectfully request and earnestly pray that you would consider her release.  Any consideration will be greatly appreciated.

Very truly yours,

Rev. Jack Mayes
Pastor

43